## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**Case No.:**

**SEBASTIAN CHAVIANO,**

**Plaintiff,**                                             **COMPLAINT**

**v.**

**TRANS UNION LLC,**

**DEMAND FOR JURY TRIAL**

**Defendant.**

_____/

## COMPLAINT

Plaintiff, Sebastian Chaviano ("Plaintiff"), by and through counsel, files this Complaint against Trans Union LLC ("Trans Union"), pursuant to the Fair Credit Reporting Act, 15 USC §1681 *et seq.* ("FCRA").

### JURISDICTION AND VENUE

1.      Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. § 1331.

2.      Venue in this District is proper because Defendant's principal place of business is located here. Defendant transacts business here, and the complained conduct of Defendant occurred here.

### DEMAND FOR JURY TRIAL

3.      Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

### PARTIES

4.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Orange County, Florida.

5.   Defendant is a Delaware limited liability company and a consumer reporting agency

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (754) 444-7539 | Fax (855) 529-9540
www.JibraelLaw.com

("CRA") as defined by FCRA, 15 USC §1681a(f).

6.   Defendant's principal place of business is 555 West Adams Street, Chicago, IL 60661.

## GENERAL ALLEGATIONS

7.   The FCRA is intended "to protect consumers from the transmission of inaccurate information about them, and to establish credit reporting practices that utilize accurate, relevant, and current information in a confidential and responsible manner." The FCRA was enacted "to ensure fair and accurate credit reporting, promote efficiency in the banking system, and protect consumer privacy."

**Background**

8.   Plaintiff noticed fraudulent collection accounts on Plaintiff's credit reports.

9.   The inaccurate and/or derogatory information can be identified as follows:

   a.   His move-out statement reflects a balance of $0.00. Afterwards, he received a collection in the amount of $2,378.

10.   In or about January 2025 Plaintiff disputed the inaccurate and/or misleading reporting of the credit information listed above ("The Incorrect Trans Union Information") with the Defendant Trans Union.

11.   After the resolution of the dispute(s) regarding The Incorrect Trans Union Information, Trans Union failed to remedy the Incorrect Trans Union Information.

## COUNT 1
## DEFENDANT'S VIOLATION OF THE FAIR CREDIT REPORTING ACT
(15 U.S.C. § 1681e(b))

12.   Plaintiff incorporates by reference the allegations regarding Defendant in paragraphs ¶¶ 1-11 of this Complaint.

13.   Defendant prepared and issued consumer credit reports concerning Plaintiff, which

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (754) 444-7539 | Fax (855) 529-9540
www.JibraelLaw.com

previously included the inaccurate and/or misleading reporting of the Incorrect Trans Union Information, and continues to include the same information concerning inaccurate reporting of the Incorrect Trans Union Information.

14.     The FCRA mandates that "[w]henever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates." 15 U.S.C. § 168le(b) (emphasis added).

15.     On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure the maximum possible accuracy in the preparation of the credit reports and credit files published and maintained concerning Plaintiff.

16.     Plaintiff furnished Defendant the necessary documentation supporting Plaintiff's tradeline(s), yet Defendant continued to prepare a patently false consumer report concerning Plaintiff.

17.     Despite actual and implied knowledge that Plaintiff's credit reports were and are not accurate, Defendant readily provided false reports to one or more third parties, thereby misrepresenting Plaintiff, and ultimately Plaintiff's credit worthiness.

18.     After Defendant knew or should have known Plaintiff's account status in relation to the Incorrect Trans Union Information was inaccurate and/or misleading, they failed to make the corrections.

19.     The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for actual, statutory, and punitive damages, in an amount to be determined by a judge and/or jury pursuant to 15 U.S.C. § 1681(n). In the alternative, such conduct, action, and inaction, were negligent, entitling the Plaintiff to recover under 15 U.S.C. § 1681o.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (754) 444-7539 | Fax (855) 529-9540
www.JibraelLaw.com

20.     Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n) and/or 1681o.

## COUNT 2
## DEFENDANT'S VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (15 U.S.C. §1681i)

21.     Plaintiff incorporates by reference the allegations regarding Defendant in paragraphs ¶¶ 1-11 above of this Complaint.

22.     Defendant violated § 1681i by failing to update inaccurate and/or misleading information in the Plaintiff's credit files after receiving actual notice of such inaccuracies, failing to conduct a lawful reinvestigation, failing to forward all relevant information to furnisher(s), failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit files, and relying upon verification from a source it has reason to know is unreliable.

23.     Defendant's conduct, action, and inaction, were willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, such conduct, action, and inaction were negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

24.     The Plaintiff is entitled to recover costs and attorney's fees from Trans Union in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or 1681o.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, prays that this Honorable Court:

A.      Enter Judgment in favor of Plaintiff against Defendant for all reasonable damages sustained by Plaintiff for Defendant's violations of the FCRA, applicable state law, and common law;

B.      Find that the appropriate circumstances exist for an award of punitive damages to

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (754) 444-7539 | Fax (855) 529-9540
www.JibraelLaw.com

Plaintiff;

     C.      Award Plaintiff pre-judgment and post-judgment interest, as allowed by law;

     D.      Order that the Defendant reinvestigate and correct the consumer report, credit report, data emanations, consumer histories, and credit histories of and concerning Plaintiff and/or any of Plaintiff's personal identifiers;

     E.      Grant such other and further relief, in law or equity, to which Plaintiff might show her is justly entitled.

Dated: December 8, 2025

Respectfully Submitted,

/s/ Gerald Lane                        .
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 754-444-7539

COUNSEL FOR PLAINTIFF

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (754) 444-7539 | Fax (855) 529-9540
www.JibraelLaw.com